UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Joseph Genova Jr. #703625

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

v.

Fredeane Artis warden, C Sergeant Jactout, Bass-kitchen correction officer, Lalonde correction officer, & Goosetrey ADW, in their official & Individual Capacity

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

**FILED - GR**
May 5, 2022 11:23 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB   SCANNED BY: VB /55

**1:22-cv-409**
**Sally J. Berens**
**U.S. Magistrate Judge**

**COMPLAINT**
*(Print Clearly)*

I. **Previous Lawsuits**

   **CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $402.00 filing fee regardless of whether your complaint is dismissed.

   A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☐   No ☑

   B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   _____

   2. Is the action still pending?   Yes ☐   No ☑

      a. If your answer was no, state precisely how the action was resolved: _____

   _____

   3. Did you appeal the decision?   Yes ☐   No ☑
   4. Is the appeal still pending?   Yes ☐   No ☑

      a. If not pending, what was the decision on appeal? _____

   _____

   5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐   No ☑

      a. If so, explain: _____

## II. Parties

### A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff **Joseph Genova Jr. #703625**
Place of Present Confinement **Michigan Reformatory**
Address **1342 West Main St., Ionia, MI. 48846**
Place of Confinement During Events Described in Complaint **Earnest C. Brooks Corr. Fac.**

### B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 **Fredeane Artis**
Position or Title **Warden**
Place of Employment **Earnest C. Brooks Corr. Fac.**
Address **2500 S. Sheridan Drive, Muskegon Heights, MI. 49444**
Official and/or personal capacity? **Both**

Name of Defendant #2 **Jactout**
Position or Title **Sergeant**
Place of Employment **Earnest C. Brooks Corr. Fac.**
Address **2500 S. Sheridan Drive, Muskegon Heights, MI. 49444**
Official and/or personal capacity? **Both**

Name of Defendant #3 **Bass-Kitchen**
Position or Title **Corrections Officer**
Place of Employment **Earnest C. Brooks Corr. Fac.**
Address **2500 S. Sheridan Drive, Muskegon Heights, MI. 49444**
Official and/or personal capacity? **Both**

Name of Defendant #4 **Lalonde**
Position or Title **Corrections Officer**
Place of Employment **Earnest C. Brooks Corr. Fac.**
Address **2500 S. Sheridan Drive, Muskegon Heights, MI. 49444**
Official and/or personal capacity? **Both**

Name of Defendant #5 **Goosetrey**
Position or Title **Assistant Deputy Warden**
Place of Employment **Earnest C. Brooks Corr. Fac.**
Address **2500 S. Sheridan Drive, Muskegon Heights, MI. 49444**
Official and/or personal capacity? **Both**

## III. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

1. At all times relevant to this case, Plaintiff Joseph Genova Sr. was at Earnest C. Brooks Correctional Facility

2. On May 17, 2021 at apprx. 12:00pm Plaintiff was viciously assaulted by four (4) prisoners while on the exercise yard.

3. Plaintiff was punched, kicked, stumped and stabbed multiple times.

4. After the incident was broken up by staff, Plaintiff was then taken to medical where he received sixteen (16) painful staples in his head.

5. Next Plaintiff was taken to administrative Segregation and placed on involuntary protective custody.

6. On May 19, 2021 I went before the security Classification Committee and they determined that Plaintiff was not safe at the facility and were to be transfered.

7. Then on May 26, 2021 Security classification Committee Re-Interviewed Plaintiff and decided that they would have him in their protection Unit in Eastlake on B-wing cell #40

8. Later that day, at approx. 5:30pm Plaintiff was released from administrative segregation to the Protection wing in Eastlake Housing Unit.

9. Plaintiff wass suffering, violent head aches, vomiting and Blurred vision. He was made to walk un-escorted from one unit to the next. Upon information and Belief Michigan state Prison policy dictated that protective custody prisoners must be escorted outside of protected Areas.

10. Upon entering the Eastlake Housing Unit, which houses both general population and protective custody prisoners I was dictated an directed by correction officers Lalonde an Bass-Kitchen to go to B-wing Cell #40

11. As I was walking toward cell #40 Correction officers Lalonde an Bass-Kitchen opened the cells to general Population Prisoners. Then prisoners Johnson, Smith and John Doe attacked Plaintiff. Upon information and belief Michigan State Prison Policy dictated that protective custody Prisoners an General population prisoners shall be kept separate at all times.

12. Prisoners Smith, Johnson an John Doe punched, kicked, stomped and attempted to stab Plaintiff.

13. Again Plaintiff was taken to administrative segregation and held for 47 days then transfered to Macomb Regional Facility an Earnest C. Brooks transferred prisoner Smith with Plaintiff an caused him more suffering to where he had to seek protection from Macomb Regional Staff an again was made to stay in Segregation for close to 90 days before being transferred yet again.

14. Medical never evaluted Plaintiff at either Facility when he continuosly sufferred chronic Migraines an vomiting.

4 A

## LEGAL CLAIMS

15. Defeandents Fredeane Artis, Goostrey, Jactout, Lalonde and Bass-Kitchen failed to protect Plaintiff Genova BY not escorting him and deliberately opening the General Population door(s) when they knew or should have known the Substantial Risk of him being attacked.

16. Defendants actions violated Plaintiff Genova rights under the Eighth Amendment to the United states Constitution an caused Plaintiff Genova pain, Suffering, physical injury an emotional distress.

17. Plaintiff Genova has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff Genova has been and will continue to be irreparably injured by the conduct of the defendants unless this Court grants the declaratory and injunctive relief which Plaintiff Seeks.

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on ~~inforfa~~ information and belief, and, as to those I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Ionia, Michigan on 4-25-22

Signature: Joseph Genova Jr. #703625

Plaintiff: Joseph Genova Jr. #703625

4B

IV. **Relief**

State briefly and precisely what you want the court to do for you.

Wherefore, Plaintiff respectfully pray that this Court enter judgement:

18. Granting Plaintiff Genova a declaration that the acts and omissions described herein violated his rights under the Constitution an the laws of the United States Eighth Amendment. And.

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

[X] I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

[ ] I request that this case be assigned to a district judge.

4-25-22
**Date**

Joseph Genova
**Signature of Plaintiff**
# 703625

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

19. A preliminary and permanent injunctive ordering defendants to transfer Plaintiff to a protective custody facility and

20. Granting Plaintiff Genova compensatory damages in the Amount of $100,000.00 against each defendant, jointly and severally.

21. Plaintiff seeks nominal damages and punitive damages in the Amount of $100,000.00 against each defendant, jointly and severally.

22. Plaintiff seeks a jury trial on all the issues triable by jury.

23. Plaintiff, also seeks recovery of the costs in this suit and

Any additional relief this courts deems just, proper and equitable.

Date: 4-25-22

Respectfully submitted,

*Joseph Genova Jr.*
\# 103625

5A

Joseph Genova Sr.
#703625
Saginaw Correctional Facility
9625 Pierce RD.
Freeland MI, 48623

U.S. D[...]
399 Fe[...]
110 M[...]
Grand Ra[...]



STRICT COURT

ederal Building

lichigan St., NW

pids, MI 49503