UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH GENOVA, JR. #703625,

    Plaintiff,

v.

FREDEANE ARTIS, et al.,

    Defendants.
_____/

Hon. Sally J. Berens

Case No. 1:22-cv-00409

## **ORDER**

This is a civil rights action brought by a pro se plaintiff under 42 U.S.C. § 1983. On June 28, 2023, an early mediation conference took place involving plaintiff. As a result of that mediation conference the parties have agreed to settle the pending matter in its entirety. (ECF No. 15). Accordingly,

    **IT IS ORDERED** that the case is **DISMISSED**.

    **IT IS FURTHER ORDERED** that the remainder of the filing fee, owed by Joseph Genova, Jr. #703625, shall be waived, and the MDOC shall no longer collect plaintiff's remaining filing fees.

    **IT IS SO ORDERD**.

Dated: June 28, 2023                                                             /s/ Sally J. Berens
                                                                                                  SALLY J. BERENS
                                                                                                  U.S. Magistrate Judge